RECEIPT # 127430

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
10 JAN 20 PM 3:04
CHRISTOPHER M. DeTORO
CLERK US BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN THE MATTER OF )
)
RENE R. PEDRAZA ) CASE NO. 08-33006
and ) Chapter 7
MARIA ROBLEDO-PEDRAZA )
)
    Debtors )

### NOTICE OF DEPOSIT OF FUNDS LESS THAN $5.00

    Comes now Chapter 7 Trustee Joseph D. Bradley and notifies this Court as follows:

    1. That your trustee's Final Report has been filed with this Court herein.

    2. That pursuant to Rule 3010 of the Bankruptcy Rules, your trustee wishes to deposit with the Clerk of this Court the funds of this bankruptcy estate representing all dividends of less than $5.00 each to be held for the benefit of such creditors.

    3. That pursuant to prior Order of this Court fixing the amounts of allowed claims herein and pursuant to the terms and provisions of the approved Final Report herein, dividends of less than $5.00 each payable to the holders of allowed claims herein include the following:

| NAME | DIVIDEND PAYABLE |
|---|---|
| South Bend Family Dental Care<br>1605 N. Ironwood Dr.<br>South Bend, IN 46635 | $4.21 |

Submitted this 20th day of January, 2010.

/s/ Joseph D. Bradley, Trustee
JOSEPH D. BRADLEY, Trustee
105 E. Jefferson Blvd., Suite 512
South Bend, IN 46601
Telephone: (574) 234-5091

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEPOSIT OF FUNDS LESS THAN $5.00 was served upon the Office of the U.S. Trustee, at ustpregion10.so.ecf@usdoj.gov, this 20th day of January, 2010.

/s/ Joseph D. Bradley
JOSEPH D. BRADLEY